THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00295-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPROXIMATELY $6,458.05 IN U.S. )<br>CURRENCY and ONE FNH MODEL )<br>509 FIREARM, MAGAZINE, AND )<br>AMMUNITION seized from Kelman )<br>Simpson on or about May 21, 2020, )<br>in Buncombe County, North Carolina, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the claim of ownership filed by Melesha Simpson [Doc. 8].

Claimant Melesha Simpson has filed a *pro se* claim in this action asserting an ownership interest in the defendant property. [Doc. 8]. A person asserting an interest in the defendant property may contest the forfeiture by filing a claim. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(a)(i). The claim must, among other things, "be signed by the claimant under penalty of perjury." Supp. Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(a)(i)(C).

Here, the Claimant's claim is not signed under penalty of perjury. The Court will allow the Claimant fourteen (14) days to file an amended claim that is signed under penalty of perjury. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

Once the Claimant has filed a proper claim signed under penalty of perjury, the Claimant will be required to file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Supp. Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(5)(b). The answer or motion to dismiss must be filed within 21 days of filing the claim. Id.

**IT IS, THEREFORE, ORDERED** that the Claimant shall file an amended claim, signed under penalty of perjury, within fourteen (14) days of the entry of this Order. **The Claimant is specifically warned that failure to file a claim signed under penalty of perjury within the time provided may result in the dismissal of his claim.**

**IT IS SO ORDERED.**

Signed: November 16, 2020

Martin Reidinger
Chief United States District Judge